# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00520-CV

### In re Ruben Guerrero

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Ruben Guerrero, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus asking this Court to compel the court reporter for the 390th district court in Travis County to prepare a reporter's record in trial court cause number D-1-DC-06-202366, in which he was convicted of the offense of driving while intoxicated, for the purpose of filing a federal application for writ of habeas corpus.

This Court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits our mandamus jurisdiction to: (1) writs against a district court judge or county court judge in this Court's district, and (2) all writs necessary to enforce this Court's jurisdiction. Tex. Gov't Code Ann. § 22.221 (West 2004). The issuance of a writ against the court reporter in this case is not necessary to enforce this Court's jurisdiction. Accordingly, we deny Guerrero's petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   August 15, 2012